IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECORA THOMAS, | 1:07-cv-01497 LJO GSA (PC) |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE WITHIN THIRTY (30) DAYS |
| vs. | |
| DEPT. OF CORRECTIONS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis and a certified copy of her prison trust account statement, pursuant to 28 U.S.C. § 1915. However, plaintiff's documents were deficient as follows:

The application did not include plaintiff's required original signature. Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 7-131; F.R.C.P. 11(a).

The application did not include the required original signature by an authorized officer of the institution of incarceration. 28 U.S.C. § 1915(a)(2).

-1-

1    The certified copy of plaintiff's prison trust account statement did not include the
2 entire **six month** period immediately preceding the filing of the complaint. 28 U.S.C.
3 § 1915(a)(2).
4    Plaintiff will be provided the opportunity to submit a new application to proceed
5 in forma pauperis and a certified copy of her trust account statement, **or** to pay the $350.00 filing
6 fee.
7    Accordingly, IT IS HEREBY ORDERED that:
8    1. The Clerk's Office shall send plaintiff the form for application to proceed in
9 forma pauperis.
10    2. Within thirty (30) days of the date of service of this order, plaintiff shall submit
11 a completed application to proceed in forma pauperis and a certified copy of her prison trust
12 account statement for the six month period immediately preceding the filing of the complaint, or
13 in the alternative, to pay the $350.00 filing fee for this action. Failure to comply with this order
14 will result in a recommendation that this action be dismissed.
15    IT IS SO ORDERED.
16    Dated:  **October 25, 2007**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE